IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE COUNTY OF ROOSEVELT,

    Plaintiff,

v.                                    Case No. 1:18-cv-00795-KK-SMV

PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A/ JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. N/K/A/ JANSSEN PHARMACEUTICALS, INC.; ENDO PHARMACEUTICALS INC.; ALLERGAN PLC F/K/A ACTAVIS PLC; ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC.; ENDO HEALTH SOLUTIONS INC.; INSYS THERAPEUTICS, INC.; MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN CORPORATION; CVS HEALTH CORPORATION; WALGREENS BOOTS ALLIANCE, INC. AKA WALGREEN CO.; WAL-MART INC. F/K/A WAL-MART STORES INC; RUSSELL PORTENOY, M.D.; PERRY FINE, M.D.; SCOTT FISHMAN, M.D.; LYNN WEBSTER, M.D.; and PATRICIA JOSEPHINE GREEN, M.D.,

    Defendants.

## ORDER ON STIPULATED MOTION TO EXTEND TIME FOR RESPONSIVE PLEADING

**AND NOW,** upon consideration of Defendants Purdue Pharma L.P.'s; Purdue Pharma Inc.'s; and the Purdue Frederick Company, Inc.'s, Stipulated Motion to Extend Time for Responsive Pleading, the Motion is hereby **GRANTED** and the deadline for Purdue Pharma

L.P.; Purdue Pharma Inc.; the Purdue Frederick Company, Inc.; Endo Health Solutions Inc., Endo Pharmaceuticals Inc. Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Insys Therapeutics, Inc.; to file a response to Plaintiff's Complaint is hereby extended by sixty (60) days to October 26, 2018.

Done in Chambers this 28th day of August, 2018.

BY THE COURT:

_____

**SUBMITTED**:

MONTGOMERY & ANDREWS, P.A.

By: */s/ Randy S. Bartell*
     Randy S. Bartell
325 Paseo de Peralta
P.O. Box 2307
Santa Fe, NM 87504-2307
505-982-3873
rbartell@montand.com

*Attorneys for Purdue Pharma L.P.; Purdue Pharma Inc.; and the Purdue Frederick Company*

**APPROVED**:

FADDUOUL, CUFF, HARDY & CONAWAY, P.C.

By: */s/ Joshua K. Conaway*
     Joshua K. Conaway
3301 San Mateo Blvd. NE
Albuquerque, NM  87110
Telephone:  (505) 243-6045
Facsimile:  (505) 243-6642
E-mail:  jconaway@fchclaw.com

-and-

NAPOLI SHKOLNIK
Paul J. Napoli
Salvatore C. Badala
Joseph L. Ciaccio
400 Broadhollow Road, Suite 305
Melville, NY  11747
Telephone:  (212) 397-1000
Email:  pnapoli@napolilaw.com

*Attorneys for Plaintiff County of Roosevelt*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By:      */s/ Andrew G. Schultz*
         Andrew G. Schultz
         Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
E-mail:  aschultz@rodey.com
         mstambaugh@rodey.com

*Attorneys for Defendant Cardinal Health, Inc.*


MALDEGEN, TEMPLEMAN & INDALL, LLP

By:      */s/ Larry D. Maldegen*
         Larry D. Maldegen
         Michael J. Moffett
P.O. Box 669
Santa Fe, NM  87504-0669
Telephone:  (505) 982-4611
Facsimile:  (505) 988-2987
E-mail:  lmadegen@cmtisantafe.com
         mmoffett@cmtisantafe.com

*Attorneys for Defendant McKesson Corporation*

ATKINSON, BAKER & RODRIGUEZ, P.C

By: */s/ Douglas A. Baker*
      Douglas A. Baker
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
Telephone: (505-764-8111
Facsimile: (505) 764-8374
E-mail: dbaker@abrfirm.com

*Attorneys for Defendant Amerisourcebergen Corporation*


KELEHER & MCLEOD, P.A.

By: */s/ Sean Olivas*
      Sean Olivas
P.O. Box AA
Albuquerque, NM 87103
Telephone: (505) 346-4646
Facsimile: (505) 346-1370
E-mail: so@keleher-law.com

*Attorneys for Defendant CVS Health Corporation*


JOHN B. POUND, LLC

By: */s/ John B. Pound*
      John B. Pound
505 Don Gaspar
Santa Fe, NM 87505
Telephone: (505) 983-8060
Facsimile: (505) 986-1028
E-mail: jbpsfnm@gmail.com

*Attorneys for Defendants Endo Health Solutions, Inc. and Endo Pharmaceuticals Inc.*

THE SIMONS FIRM, LLP

By: /s/ *Frieda Simons Burnes*
      Frieda Simons Burnes
P.O. Box 5333
Santa Fe, NM 87502
Telephone: (505) 988-5600
Facsimile: (505) 982-0185
E-mail: fsimons@simonsfirm.com

*Attorneys for Defendant Insys Therapeutics, Inc.*


MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: /s/ *Rufus E. Thompson*
      Rufus E. Thompson
P.O. Box 2168
Albuquerque, NM 87103
Telephone: (505) 848-1800
Facsimile: (505) 848-1889
E-mail: rthompson@modrall.com

*Attorneys for Defendant Wal-Mart, Inc.*


MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By: /s/ *Alex Cameron Walker*
      Alex Cameron Walker
500 Fourth Street NW, Suite 1000
Albuquerque, NM 87102
Telephone: (505) 848-1861
Facsimile: (505) 848-1882
E-mail: awalker@modrall.com

*Attorneys for Defendant Walgreens Boots Alliance, Inc.*